| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** RIVERSIDE DIVISION

| In re:<br>**Sara Equihua**<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **13**<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 09/10/2025    Sara Equihua    *[signature]*
                     Printed name of Debtor 1          Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐  I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (<u>Check only ONE box below</u>):

   ☐  **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐  **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____   _____     _____
                           Printed name of Debtor 2                         Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                         Page 2                              **F 1002-1.EMP.INCOME.DEC**

| UHS-Corona, Inc.<br>800 South Main Street<br>Corona, CA 92882 | Employee Name: | EQUIHUA, SARA | | Advice Date: | 09/12/2025 |
|---|---|---|---|---|---|
| | Department: | 56122 | | Advice Number: | 01431166 |
| | Employee Number: | 000331292 | | Period Begin Date: | 08/24/2025 |
| | Remaining Accruals: | ELB BAL | 76.51 | Period End Date: | 09/06/2025 |
| | | PROTECTED | 72.12 | Exemptions (FED/ST): | S-01/S-01 |
| | | PTO BAL | 37.07 | Gross Pay: | 3691.72 |
| | Total Hours Worked: | 55.93 | | Net Pay: | 2254.65 |

| EARNINGS | | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | CURRENT | Y.T.D. | DESCRIPTION | CURRENT | Y.T.D. |
| BASE PAY | 55.51 | 65.740 | 3649.23 | 51282.10 | CA SDI | 40.34 | 589.91 |
| DOUBLE | | | | 138.56 | CA SIT | 158.23 | 1661.51 |
| HOLIDAY | 0.42 | 98.610 | 41.42 | 137.23 | FIT | 429.14 | 5065.80 |
| PTO | | | | 4010.21 | MCEE | 48.75 | 715.21 |
| IMP LIF | | 1.070 | 1.07 | 20.33 | TSSE | 208.44 | 3058.14 |
| LOW | | | | 0.00 | DEN-PRE | 39.13 | 743.47 |
| | | | | | HFSA | 46.15 | 876.85 |
| | | | | | MED-PRE | 236.50 | 4493.50 |
| | | | | | VIS-PRE | 7.88 | 149.72 |
| | | | | | 401K | 110.72 | 2667.69 |
| | | | | | ROTH | 110.72 | 2667.69 |
| TOTALS | 55.93 | | 3691.72 | 55588.43 | | 1436.00 | 22689.49 |

### * NOTIFICATION OF DEPOSIT *

**UHS-Corona, Inc.**
800 South Main Street
Corona, CA 92882

Bank Of America-California
Bank Of America
400 Broadway St.
Chico, CA 95928-5323

Advice No. 01431166
Advice Date: 9/12/2025

PAYROLL ACCOUNT   Deposited to the account of    Account Number    Amount
EQUIHUA, SARA                 XXXXXXXX1514      2254.65

SARA EQUIHUA                                  56122
15680 HIGH KNOLL DR
UNIT 229
CHINO HILLS, CA 91709

THIS IS NOT A CHECK  -  NON NEGOTIABLE

| **UHS-Corona, Inc.**<br>800 South Main Street<br>Corona, CA  92882 | Employee Name: | EQUIHUA, SARA | | Advice Date: | 08/29/2025 |
|---|---|---|---|---|---|
| | Department: | 56122 | | Advice Number: | 01429861 |
| | Employee Number: | 000331292 | | Period Begin Date: | 08/10/2025 |
| | Remaining Accruals: | ELB BAL | 75.58 | Period End Date: | 08/23/2025 |
| | | PROTECTED | 70.22 | Exemptions (FED/ST): | S-01/S-01 |
| | | PTO BAL | 32.45 | Gross Pay: | 3156.59 |
| | Total Hours Worked: | 35.88 | | Net Pay: | 1963.47 |

| EARNINGS | | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | CURRENT | Y.T.D. | DESCRIPTION | CURRENT | Y.T.D. |
| BASE PAY | 35.88 | 65.740 | 2358.75 | 47632.87 | CA SDI | 33.92 | 549.57 |
| DOUBLE | | | | 138.56 | CA SIT | 107.93 | 1503.28 |
| HOLIDAY | | | | 95.81 | FIT | 314.94 | 4636.66 |
| PTO | 12.12 | 65.740 | 796.77 | 4010.21 | MCEE | 40.99 | 666.46 |
| IMP LIF | | 1.070 | 1.07 | 19.26 | TSSE | 175.27 | 2849.70 |
| LOW | | | | 0.00 | DEN-PRE | 39.13 | 704.34 |
| | | | | | HFSA | 46.15 | 830.70 |
| | | | | | MED-PRE | 236.50 | 4257.00 |
| | | | | | VIS-PRE | 7.88 | 141.84 |
| | | | | | 401K | 94.67 | 2556.97 |
| | | | | | ROTH | 94.67 | 2556.97 |
| TOTALS | 48.00 | | 3156.59 | 51896.71 | | 1192.05 | 21253.49 |

### * NOTIFICATION OF DEPOSIT *

| **UHS-Corona, Inc.**<br>800 South Main Street<br>Corona, CA  92882 | Bank Of America-California<br>Bank Of America<br>400 Broadway St.<br>Chico, CA  95928-5323 | | Advice No.  01429861<br>Advice Date:  8/29/2025 |
|---|---|---|---|
| PAYROLL ACCOUNT | Deposited to the account of | Account Number       Amount | |
| | EQUIHUA, SARA | XXXXXXXX1514       1963.47 | |

SARA EQUIHUA                    56122
15680 HIGH KNOLL DR
UNIT 229
CHINO HILLS, CA  91709

THIS IS NOT A CHECK  -  NON NEGOTIABLE

| **UHS-Corona, Inc.**<br>800 South Main Street<br>Corona, CA  92882 | Employee Name: | EQUIHUA, SARA | Advice Date: | 08/15/2025 |
|---|---|---|---|---|
| | Department: | 56122 | Advice Number: | 01428538 |
| | Employee Number: | 000331292 | Period Begin Date: | 07/27/2025 |
| | Remaining Accruals: ELB BAL | 74.65 | Period End Date: | 08/09/2025 |
| | PROTECTED | 69.00 | Exemptions (FED/ST): | S-01/S-01 |
| | PTO BAL | 39.95 | Gross Pay: | 2379.54 |
| | Total Hours Worked: | 36.08 | Net Pay: | 1495.78 |

| EARNINGS | | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | CURRENT | Y.T.D. | DESCRIPTION | CURRENT | Y.T.D. |
| BASE PAY | 35.98 | 65.740 | 2365.33 | 45274.12 | CA SDI | 24.60 | 515.65 |
| DOUBLE | 0.10 | 131.480 | 13.14 | 138.56 | CA SIT | 50.04 | 1395.35 |
| HOLIDAY | | | | 95.81 | FIT | 178.87 | 4321.72 |
| LOW | 12.00 | | | 0.00 | MCEE | 29.72 | 625.47 |
| PTO | | | | 3213.44 | TSSE | 127.10 | 2674.43 |
| IMP LIF | | 1.070 | 1.07 | 18.19 | DEN-PRE | 39.13 | 665.21 |
| | | | | | HFSA | 46.15 | 784.55 |
| | | | | | MED-PRE | 236.50 | 4020.50 |
| | | | | | VIS-PRE | 7.88 | 133.96 |
| | | | | | 401K | 71.35 | 2462.30 |
| | | | | | ROTH | 71.35 | 2462.30 |
| TOTALS | 48.08 | | 2379.54 | 48740.12 | | 882.69 | 20061.44 |

## * NOTIFICATION OF DEPOSIT *

**UHS-Corona, Inc.**  
800 South Main Street  
Corona, CA  92882  

Bank Of America-California  
Bank Of America  
400 Broadway St.  
Chico, CA  95928-5323  

Advice No.  01428538  
Advice Date:  8/15/2025  

PAYROLL ACCOUNT    Deposited to the account of    Account Number    Amount  
EQUIHUA, SARA    XXXXXXXX1514    1495.78  

SARA EQUIHUA              56122  
15680 HIGH KNOLL DR  
UNIT 229  
CHINO HILLS, CA  91709  

THIS IS NOT A CHECK  -  NON NEGOTIABLE

| **UHS-Corona, Inc.**<br>800 South Main Street<br>Corona, CA  92882 | Employee Name: | EQUIHUA, SARA | | Advice Date: | 08/01/2025 |
|---|---|---|---|---|---|
| | Department: | 56122 | | Advice Number: | 01427252 |
| | Employee Number: | 000331292 | | Period Begin Date: | 07/13/2025 |
| | Remaining Accruals: | ELB BAL | 73.72 | Period End Date: | 07/26/2025 |
| | | PROTECTED | 67.77 | Exemptions (FED/ST): | S-01/S-01 |
| | | PTO BAL | 35.33 | Gross Pay: | 3157.91 |
| | Total Hours Worked: | 23.97 | | Net Pay: | 1964.19 |

| **EARNINGS** | | | | | **DEDUCTIONS** | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | CURRENT | Y.T.D. | DESCRIPTION | CURRENT | Y.T.D. |
| BASE PAY | 23.92 | 65.740 | 1572.50 | 42908.79 | CA SDI | 33.94 | 491.05 |
| DOUBLE | 0.05 | 131.480 | 6.58 | 125.42 | CA SIT | 108.05 | 1345.31 |
| HOLIDAY | | | | 95.81 | FIT | 315.22 | 4142.85 |
| IMP LIF | | 1.070 | 1.07 | 17.12 | MCEE | 41.01 | 595.75 |
| PTO | 24.00 | 65.740 | 1577.76 | 3213.44 | TSSE | 175.35 | 2547.33 |
| LOW | | | | 0.00 | DEN-PRE | 39.13 | 626.08 |
| | | | | | HFSA | 46.15 | 738.40 |
| | | | | | MED-PRE | 236.50 | 3784.00 |
| | | | | | VIS-PRE | 7.88 | 126.08 |
| | | | | | 401K | 94.71 | 2390.95 |
| | | | | | ROTH | 94.71 | 2390.95 |
| TOTALS | 47.97 | | 3157.91 | 46360.58 | | 1192.65 | 19178.75 |

## * NOTIFICATION OF DEPOSIT *

**UHS-Corona, Inc.**
800 South Main Street
Corona, CA  92882

Bank Of America-California
Bank Of America
400 Broadway St.
Chico, CA  95928-5323

Advice No.  01427252
Advice Date: 8/1/2025

PAYROLL ACCOUNT   Deposited to the account of      Account Number        Amount
                  EQUIHUA, SARA                     XXXXXXXX1514         1964.19

SARA EQUIHUA                                56122
15680 HIGH KNOLL DR
UNIT 229
CHINO HILLS, CA  91709

THIS IS NOT A CHECK  -  NON NEGOTIABLE

| UHS-Corona, Inc.<br>800 South Main Street<br>Corona, CA  92882 | Employee Name: EQUIHUA, SARA<br>Department: 56122<br>Employee Number: 000331292<br>Remaining Accruals: ELB BAL 72.79<br>PROTECTED 66.96<br>PTO BAL 54.71<br>Total Hours Worked: 48.08 | Advice Date: 07/18/2025<br>Advice Number: 01425930<br>Period Begin Date: 06/29/2025<br>Period End Date: 07/12/2025<br>Exemptions (FED/ST): S-01/S-01<br>Gross Pay: 3171.72<br>Net Pay: 1971.84 |
|---|---|---|

| EARNINGS | | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | CURRENT | Y.T.D. | DESCRIPTION | CURRENT | Y.T.D. |
| BASE PAY | 47.88 | 65.740 | 3147.64 | 41336.29 | CA SDI | 34.10 | 457.11 |
| DOUBLE | 0.03 | 131.480 | 3.94 | 0.00 | CA SIT | 109.22 | 1237.26 |
| DOUBLE | 0.07 | 131.620 | 9.21 | 118.84 | FIT | 318.17 | 3827.63 |
| HOLIDAY | 0.10 | 98.610 | 9.86 | 95.81 | MCEE | 41.21 | 554.74 |
| IMP LIF | | 1.070 | 1.07 | 16.05 | TSSE | 176.21 | 2371.98 |
| PTO | | | | 1635.68 | DEN-PRE | 39.13 | 586.95 |
| LOW | | | | 0.00 | HFSA | 46.15 | 692.25 |
| | | | | | MED-PRE | 236.50 | 3547.50 |
| | | | | | VIS-PRE | 7.88 | 118.20 |
| | | | | | 401K | 95.12 | 2296.24 |
| | | | | | ROTH | 95.12 | 2296.24 |
| TOTALS | 48.08 | | 3171.72 | 43202.67 | | 1198.81 | 17986.10 |

## * NOTIFICATION OF DEPOSIT *

**UHS-Corona, Inc.**
800 South Main Street
Corona, CA  92882

Bank Of America-California
Bank Of America
400 Broadway St.
Chico, CA  95928-5323

Advice No.  01425930
Advice Date:  7/18/2025

PAYROLL ACCOUNT    Deposited to the account of    Account Number    Amount
EQUIHUA, SARA    XXXXXXXX1514    1971.84

SARA EQUIHUA            56122
15680 HIGH KNOLL DR
UNIT 229
CHINO HILLS, CA  91709

THIS IS NOT A CHECK  -  NON NEGOTIABLE