**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No: 6:25-bk-16571-SY |
| SARA EQUIHUA, | Chapter 13 |
|         Debtor. | **DEBTOR'S REPLY TO OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |
| | **Confirmation Hearing**<br>Date:  December 9, 2025<br>Time: 1:30 PM<br>Courtroom:  302<br>Location:  3420 Twelfth Street<br>                Riverside, CA 92501 |

**TO THE HONORABLE SCOTT H. YUN, THE CHAPTER 13 TRUSTEE, AND ALL PARTIES IN INTEREST:**

Debtor, Sara Equihua, hereby submits this Reply to the Chapter 13 Trustee's Objection to Confirmation of Chapter 13 Plan.

### I.

### The Requested Documents have been provided to the Chapter 13 Trustee

The Debtor has provided proof of the annuity income and the auto insurance declaration page to the Trustee. This objection has been resolved.

///

///

///

1

**REPLY TO OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

**II.**

**The Debtor Has Completely and Accurately Disclosed Her Income**

The Debtor respectfully disagrees with the Trustee's calculation of her income. The figure listed in the Means Test ($3,788.55) was calculated using a year-to-date subtraction method. However, a calculation based on the individual paystubs received over the relevant six-month period yields a monthly average of $3,786.21, which is slightly lower than the figure originally scheduled.

| Pay Date | Net Income |
|---|---|
| 3/14/2025 | $1,277.78 |
| 3/28/2025 | $1,752.45 |
| 4/11/2025 | $1,753.41 |
| 4/25/2025 | $1,750.22 |
| 5/9/2025 | $1,155.45 |
| 5/23/2025 | $1,750.22 |
| 6/6/2025 | $1,765.08 |
| 6/20/2025 | $2,195.46 |
| 7/3/2025 | $1,921.92 |
| 7/18/2025 | $1,971.84 |
| 8/1/2025 | $1,964.19 |
| 8/15/2025 | $1,495.78 |
| 8/29/2025 | $1,963.47 |
| **Total** | **$22,717.27** |

Based on these figures, the monthly average is calculated as follows:

- Average per Pay Period ($22,717.27 / 13) : $1,747.48
- Monthly Average ($1,747.48 x 26 / 12) : **$3,786.21**

## II.

### The Amended Chapter 13 Plan Represents the Debtor's Best Efforts

The Debtor maintains that the listed expenses are reasonable and necessary for the support of the household. However, Amended Chapter 13 Plan that increases the dividend to general unsecured creditors to 100%. Since the Amended Chapter 13 Plan pays all creditors in full, a step-up once the car is paid off is not warranted.

### CONCLUSION

Accordingly, the Debtor respectfully requests that the Court overrule the Objection to Confirmation filed by the Chapter 13 Trustee and confirm the Amended Chapter 13 Plan as proposed.

Date: December 2, 2025

NEXUS BANKRUPTCY

BENJAMIN HESTON,
Attorney for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S REPLY TO OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/2/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)      notice-efile@rodan13.com
Amitkumar Sharma        amit.sharma@aisinfo.com
United States Trustee (RS)      ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/2/2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Scott H. Yun
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/2/2025 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**