**United States Bankruptcy Court**
**Central District of California**
Riverside
**Scott Yun, Presiding**
**Courtroom 302 Calendar**

| | |
|---|---|
| **Tuesday, December 9, 2025** | **Hearing Room 302** |

**1:30 PM**
**6:25-16571**   Sara Equihua                                                                                           **Chapter 13**

#57.00   Confirmation of Chapter 13 Plan

Docket   20
*** VACATED ***   REASON: COUNSEL'S REPEATED FAILURE TO COMPLY WITH LBR 5005-2(d)

**Matter Notes:**
- NONE LISTED -

**Tentative Ruling:**

THE HEARING ON THIS MATTER IS VACATED DUE TO COUNSEL'S REPEATED FAILURE TO COMPLY WITH LBR 5005-2(d). Counsel has repeatedly failed to provide mandatory judge's copies. Multiple warnings have been given. Yet, no judge's copy was provided for the current matter. Counsel must re-notice the hearing to the court's next available chapter 13 hearing date that provides adequate notice to creditors. If the confirmation hearing is not re-noticed within 7 days confirmation will be denied and the case will be dismissed without further notice.

| **Party Information** |
|---|

**Debtor(s):**

Sara Equihua                                          Represented By
                                                      Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)                                    Pro Se