**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No: 6:25-bk-16571-SY |
| SARA EQUIHUA, | **Chapter 13** |
| Debtor. | **NOTICE OF CONTINUANCE OF CONFIRMATION HEARING** |
| | **Confirmation Hearing**<br>Date:  January 13, 2026<br>Time: 1:30 PM<br>Courtroom:  302<br>Location:  3420 Twelfth Street<br>               Riverside, CA 92501 |

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE, THE CHAPTER 13 TRUSTEE, AND ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that the hearing on the confirmation of the Debtor's Amended Chapter 13 Plan has been continued to January 13, 2026, at 1:30 PM, in Courtroom 302 of the United States Bankruptcy Court, located at 3420 Twelfth Street, Riverside, CA 92501.

If you object to the confirmation of the Plan, you must file and serve your objection by December 30, 2025. Failure to do so may be treated as a forfeiture or waiver of your right to object to the plan, and the Court may confirm the Plan without further notice.

Date: December 15, 2025

NEXUS BANKRUPTCY

_/s/ Benjamin Heston_____
BENJAMIN HESTON,
Attorney for Debtor

1
**NOTICE OF CONTINUANCE OF CONFIRMATION HEARING**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUANCE OF CONFIRMATION HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/16/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)     notice-efile@rodan13.com
Amitkumar Sharma     amit.sharma@aisinfo.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/16/2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Scott H. Yun
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/16/2025 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**

Bank of America
100 N Tryon St
Charlotte, NC 28202-4000

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Breast Health Center
101 the City Dr S Bldg 23
Orange, CA 92868-3201

Bridgecrest Credit
7300 E Hampton Ave
Mesa, AZ 85209-3324

Bridgecrest Credit Company LLC
PO BOX 29018
Phoenix, AZ 85038

Capital One Auto Finance
PO Box 60511
City Industry, CA 91716-0511

Capital One Auto Finance, a division of
Capital On
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Discover Bank
PO Box 30943
Salt Lake Cty, UT 84130-0943

Internal Revenue Service, Centralized
Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Thomas Ramirez
15680 High Knoll Dr Unit 229
Chino Hills, CA 91709-3899