United States Bankruptcy Court

Central District of California

In re:  Case No. 25-16571-SY

Sara Equihua  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6  User: admin  Page 1 of 2
Date Rcvd: Dec 17, 2025  Form ID: r341z  Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Sara Equihua, 15680 High Knoll Dr Unit 229, Chino Hills, CA 91709-3899 |
| 42669288 | Breast Health Center, 101 the City Dr S Bldg 23, Orange, CA 92868-3201 |
| 42669293 | Thomas Ramirez, 15680 High Knoll Dr Unit 229, Chino Hills, CA 91709-3899 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Dec 18 2025 00:59:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Dec 18 2025 01:00:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42669287 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 18 2025 00:59:00 | Bank of America, 100 N Tryon St, Charlotte, NC 28202-4036 |
| 42769950 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 18 2025 00:59:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 42669289 | | Email/Text: rm-bknotices@bridgecrest.com | Dec 18 2025 01:00:00 | Bridgecrest Credit, 7300 E Hampton Ave, Mesa, AZ 85209-3324 |
| 42801255 | + | Email/Text: rm-bknotices@bridgecrest.com | Dec 18 2025 01:00:00 | Bridgecrest Credit Company LLC, PO BOX 29018, Phoenix, AZ 85038-9018 |
| 42669290 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 18 2025 01:06:37 | Capital One Auto Finance, PO Box 60511, City Industry, CA 91716-0511 |
| 42737943 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 18 2025 01:06:43 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 42669291 | | Email/Text: mrdiscen@discover.com | Dec 18 2025 00:59:00 | Discover Bank, PO Box 30943, Salt Lake Cty, UT 84130-0943 |
| 42669292 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 18 2025 00:59:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Amitkumar Sharma | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Sara Equihua bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

Form r341z−r341 VAN−02
Rev. 05/2010

# United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

## RENOTICE CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Sara Equihua

**BANKRUPTCY NO.** 6:25−bk−16571−SY

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−9283
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** N/A

**Address:**
15680 High Knoll Dr Unit 229
Chino Hills, CA 91709−3899

**DEBTOR'S ATTORNEY:**
Benjamin Heston
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626

949−312−1377

**TRUSTEE:**
Rod Danielson (TR)
3787 University Avenue
Riverside, CA 92501

(951) 826−8000

Please take notice that the confirmation hearing has been reset for:

**Date:** January 13, 2026     **Time:** 01:30 PM
**Location:** 3420 Twelfth St., Crtrm 302, Riverside, CA 92501

Dated: December 17, 2025

By the Court,

**Kathleen J. Campbell**
Clerk of Court

(Form r341z−r341 VAN−02) Rev. 05/2010

**26 / SM6**