United States Bankruptcy Court
Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

Hearing Room  302

Tuesday, January 13, 2026

Chapter 13

**1:30 PM**
**6:25-16571**  Sara Equihua        Telephonic Hearing    CONSENT

#57.00    CONT'D Confirmation of Chapter 13 Plan

FR. 12/9/25

Susan Luong to appear by telephone (626)616-5008
Benjamin Heston to appear by telephone (949)312-1377

Docket    20

Matter Notes:

Consent Calendar _____

( ✓ ) **Confirmed** per trustee's recommendation - Plan provisions: % to pay _100_

Duration _60_

Payment $ _1432_

( ) **Continued** to _____ at 1:30 p.m.

_____ at 9:00 a.m.
341(a)

( ) **Objection** to plan:  ( ) Withdrawn    ( ) Sustained    ( ) Overruled

( ) **Case Dismissed**

( ) without prejudice    ( ) Under § 109(g)

( ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**
- NONE LISTED -

Party Information