# United States Bankruptcy Court
# Central District of California

3420 Twelfth Street, Riverside, CA 92501–3819

# NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**
Sara Equihua
**SSN:** xxx–xx–9283
**EIN:** N/A

15680 High Knoll Dr Unit 229
Chino Hills, CA 91709–3899

**BANKRUPTCY NO.** 6:25–bk–16571–SY
**CHAPTER** 13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: January 29, 2026

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc13pln – ncp13 v.12/20)

**32 / AUTU**