United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-16571-SY |
| Sara Equihua | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 29, 2026 | Form ID: ntc13pln | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Sara Equihua, 15680 High Knoll Dr Unit 229, Chino Hills, CA 91709-3899 |
| 42669288 | Breast Health Center, 101 the City Dr S Bldg 23, Orange, CA 92868-3201 |
| 42669293 | Thomas Ramirez, 15680 High Knoll Dr Unit 229, Chino Hills, CA 91709-3899 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Jan 30 2026 01:08:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Jan 30 2026 01:09:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42669287 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jan 30 2026 01:08:00 | Bank of America, 100 N Tryon St, Charlotte, NC 28202-4036 |
| 42769950 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 30 2026 01:07:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 42669289 | | Email/Text: rm-bknotices@bridgecrest.com | Jan 30 2026 01:08:00 | Bridgecrest Credit, 7300 E Hampton Ave, Mesa, AZ 85209-3324 |
| 42801255 | + | Email/Text: rm-bknotices@bridgecrest.com | Jan 30 2026 01:08:00 | Bridgecrest Credit Company LLC, PO BOX 29018, Phoenix, AZ 85038-9018 |
| 42669290 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 30 2026 01:16:58 | Capital One Auto Finance, PO Box 60511, City Industry, CA 91716-0511 |
| 42737943 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 30 2026 01:16:57 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 42669291 | | Email/Text: mrdiscen@discover.com | Jan 30 2026 01:07:00 | Discover Bank, PO Box 30943, Salt Lake Cty, UT 84130-0943 |
| 42669292 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 30 2026 01:08:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 29, 2026 | Form ID: ntc13pln | Total Noticed: 13 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2026    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Sara Equihua bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501-3819**

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**
Sara Equihua
**SSN:** xxx-xx-9283
**EIN:** N/A

15680 High Knoll Dr Unit 229
Chino Hills, CA 91709-3899

**BANKRUPTCY NO.** 6:25-bk-16571-SY
**CHAPTER** 13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: January 29, 2026

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc13pln − ncp13 v.12/20)

**32 / AUTU**