# U N I T E D   S T A T E S   B A N K R U P T C Y   C O U R T
## CENTRAL DISTRICT OF CALIFORNIA

---

## NOTICE OF INTENT TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:

(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND

(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

IN RE: SARA EQUIHUA
      15680 HIGH KNOLL DR UNIT 229
      CHINO HILLS, CA 91709-3899

IN THE MATTER OF:
SARA EQUIHUA
15680 HIGH KNOLL DR UNIT 229
CHINO HILLS, CA  91709-3899

DATE: 04/16/2026
Case No. 6:25-bk-16571-SY

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CREDITOR CLASS | TEE CLM# |
|---|---|---|---|---|---|---|
| 04 | BANK OF AMERICA NA | $14,782.00 | $15,634.65 | 6910 | UNSECURED | 1 |
| 03 | BANK OF AMERICA NA | $25,448.00 | $27,091.81 | 0473 | UNSECURED | 2 |
| 05 | BANK OF AMERICA NA | $8,637.00 | $9,295.26 | 8154 | UNSECURED | 3 |
|  | BREAST HEALTH CENTER | $300.00 | NOT FILED | 0357 | UNSECURED | 4 |
|  | DISCOVER BANK | $38,145.00 | NOT FILED | 0019 | UNSECURED | 5 |
| 06 | CARVANA LLC | SURRENDERED | SURRENDERED | 0602 | SECURED | 6 |
| 02 | CAPITAL ONE AUTO FIN | PAID OUTSIDE | PAID OUTSIDE | 5663 | SECURED | 7 |
| 01 | INTERNAL REVENUE SER | $19,100.00 | $14,173.40 | 9283 | PRIORITY | 8 |
| 01 | INTERNAL REVENUE SER | NOT SCHEDULED | $4,388.65 | 9283 | UNSECURED | 10008 |
|  | TOTAL: | $106,412.00 | $70,583.77 |  |  |  |

ABOVE "TOTALS" DO NOT INCLUDE "SURRENDERED" OR "PAID OUTSIDE" CLAIMS. IF YOU BELIEVE YOU DO NOT OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE TRUSTEE, CALL YOUR ATTORNEY.  THE TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION TO THE CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW, THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL CLAIMS, EXCEPT THOSE LISTED AS "NOT FILED," "PAID OUTSIDE" OR "NOTICE ONLY."

Dated:   04/16/2026

                      /s/ Rod Danielson
                         Signature

---

## NOTICE OF INTENT TO PAY CLAIMS - Continued

### 6:25-bk-16571-SY

<u>DECLARATION RE VERIFICATION OF CLAIMS REGISTER</u>

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years, and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of that employment I am qualified to identify and interpret the records and documents typically prepared and maintained in the ordinary course of a Chapter 13 case.

| VICTOR ZEPEDA | /s/ VICTOR ZEPEDA |
|---|---|
| Type or Print Name | Signature |

<u>PROOF OF SERVICE</u>

    I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

SARA EQUIHUA
15680 HIGH KNOLL DR UNIT 229
CHINO HILLS, CA  91709-3899

NEXUS BANKRUPTCY
3090 BRISTOL ST #400
COSTA MESA, CA  92626

Executed on <u>04/16/2026</u> at Riverside, California.

| VICTOR ZEPEDA | /s/ VICTOR ZEPEDA |
|---|---|
| Type or Print Name | Signature |