JaVonne M. Phillips, Esq. SBN 187474
Rosemary Hong, Esq. SBN 265322
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811
bknotice@mccarthyholthus.com

Attorneys for Capital One Auto Finance, a division of Capital One, N.A.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Sara Equihua,<br><br>          Debtor. | ) Case No. 6:25-bk-16571-SY<br>)<br>) Chapter   13<br>)<br>)<br>) **PROOF OF SERVICE ON**<br>) **STIPULATION FOR ADEQUATE**<br>) **PROTECTION**<br>)<br>) Date:  06/10/2026<br>) Time: 9:30 AM<br>) Ctrm: 302<br>) Place: 3420 Twelfth Street<br>)      Riverside, CA 92501<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

File No. CA-26-194355
Proof of Service, Case No.  6:25-bk-16571-SY

M&H File No. CA-26-194355

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2763 Camino Del Rio S, Suite 100
San Diego, CA 92108

A true and correct copy of the foregoing document entitled (*specify*):  **STIPULATION FOR ADEQUATE PROTECTION**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
**6/10/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**TRUSTEE**
Rod Danielson (TR)
notice-efile@rodan13.com

**DEBTOR(S) COUNSEL**
Benjamin Heston
bhestonecf@gmail.com

**US TRUSTEE**
ustpregion16.rs.ecf@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **6/10/2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will
be completed no later than 24 hours after the document is filed.

**DEBTOR(S)**
Sara Equihua, 15680 High Knoll Dr Unit 229, Chino Hills, CA 91709

**JUDGE'S COPY**
The Honorable Judge, Scott H. Yun, United States Bankruptcy Court - Riverside Division, 3420 Twelfth Street, Suite 345,
Riverside, CA, 92501-3819

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/10/2026 | Hue Banh | /s/ Hue Banh |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.