# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

---

**Wednesday, June 10, 2026**                                                        **Hearing Room      302**

---

9:30 AM
6:25-16571   Sara Equihua                                                              Chapter 13

Telephonic Hearing

#12.00   Notice of motion and motion for relief from the automatic
stay with supporting declarations PERSONAL PROPERTY
RE: 2022 Mazda CX-5, VIN: JM3KFBEM8N0573340

**JaVonne Phillips to appear by telephone (619)228-3792** ✓ *Mont*
**Benjamin Heston to appear by telephone (949)312-1377** ✓ *deletos*

Docket      38

**Matter Notes:**

    **GRANTED:** _____      **DENIED:** _____

    **APO:** *Resolved by stip for APO*

    **CONT'D. TO:** _____

    **WITHDRAWN:** _____

    **ORDER LODGED BY:** _____

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by
telephone. See Judge Yun's telephonic procedures on the court website
for detailed information.

| Party Information |
|---|

**Debtor(s):**

Sara  Equihua                                    Represented By
                                                 Benjamin  Heston

---